**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Francis Phillip SILLS, Defendant-Appellant.**

No. 29853
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 5, 1970.

Samuel E. Smith, Miami, Fla., for defendant-appellant.

Robert W. Rust, U. S. Atty., Neal R. Sonnett, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.